UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE SANTOS RODRIGUEZ SANTIBANEZ,

                Petitioner,

v.

WARDEN, et al.,

                Respondents.

No. 1:26-cv-04010-DJC-SCR

ORDER

A# 240-464-967

Petitioner Jose Santos Rodriguez Santibanez is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).  The Court initially ordered Respondents to respond to the Petition and Motion, noting similarities between this case and prior orders issued by the Court.  (*See* ECF No. 5 (citing *Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025) and *E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).)  However, Respondents have now provided information which establishes that Petitioner was granted voluntary departure.  (*See* ECF No. 6-3.)  Pursuant to 8 C.F.R. § 240.25(b), the Government may place conditions on voluntary departure including continued detention.

1

Accordingly, Petitioner is not entitled to relief on the basis identified in his Petition and Motion.  Petitioner's Petition (ECF No. 1) is DENIED.[1]  The Clerk of the Court is directed to close this case.  This order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **June 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This denial is made without prejudice to Petitioner seeking habeas relief on any other basis.

2